**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 7TH COMMERCIAL COURT OF FIRST INSTANCE OF ANADOLU IN ISTANBUL, TÜRKIYE IN THE MATTER OF TAVILLER HYDRAULIC SHAFT AND PIPE MANUFACTURING INDUSTRY AND TRADE INC. V. TÜRKIYE HALK BANK INC.

Case No. 3:26-mc-00064

---

## COMMISSIONER'S SUBPOENA

To: JPMorgan Chase Bank, N.A.
National Subpoena Processing
Mail Code LA2-7300
1414 Woodward Avenue
Ruston, LA 71270-2015
Fax 866-859-8592

I, Aaron D. Beyt, an Assistant United States Attorney for the U.S. Department of Justice, Office of the United States Attorney for the Western District of Louisiana, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to Türkiye, command that you provide to me evidence for use in a civil lawsuit in the 7th Commercial Court of First Instance of Anadolu in Istanbul, Türkiye in *Taviller Hydraulic Shaft and Pipe Manufacturing Industry and Trade Inc. v. Türkiye Halk Bank Inc.*, Foreign Reference Number 2024/470, said evidence being:

- The SWIFT/MT103 message records, sender reference and other transaction reference records, correspondent banking and transfer routing records regarding the subject transfers held within JP Morgan Chase Bank N.A.;

GOVERNMENT EXHIBIT
B

PENGAD 800-631-6989

- The transaction records linked with the transit account number [redacted]0475 held with AO "ALFA-BANK"; and
- The existing transaction and review records concerning the transfers; as well as the bank records and documents linked with the payment information numbered INV [redacted]9259, INV[redacted]9070/30.05.2022, and INV[redacted]6672-20.10.2021.

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the requested documents by email to me at Aaron.Beyt@usdoj.gov or by mail at the address set forth below no later than October 7, 2026.

**Aaron D. Beyt**
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501

Please note that if you anticipate any charges for these records, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this 23 day of September 2026

*s/ Aaron D. Beyt*
Aaron D. Beyt, Commissioner
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618
Email: Aaron.Beyt@usdoj.gov